# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GREGORY SCHMIDT, on behalf of himself and others similarly situated, | Case No. 8:22-cv-133 |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| GUIDANCE TAX RELIEF LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff Gregory Schmidt hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: March 21, 2022

Respectfully submitted,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)*
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Flr.
Coral Gables, FL 33133

Telephone: (305) 469-5881

*Trial Counsel

*Counsel for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman