# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GREGORY SCHMIDT, on behalf of himself and others similarly situated, | Case No. 8:22-cv-133 |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| GUIDANCE TAX RELIEF LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Gregory Schmidt and Defendant Guidance Tax Relief LLC hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: March 23, 2022

Respectfully submitted,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)*
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Flr.
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Trial Counsel

*Counsel for Plaintiff and the putative Class*

*/s/ Evan D. Appell*
Evan D. Appell, P.A.
1001 Yamato Road, Suite 401
Boca Raton, Florida, 33431
561-337-5858
evan@edalegal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*