UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY SCHMIDT,

    Plaintiff,

v.                                          CASE NO. 8:22-cv-133-SDM-TGW

GUIDANCE TAX RELIEF, LLC,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 16), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 25, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE